IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH BLAIN,

        Plaintiff,

vs.

GMAC Mortgage Corporation
dba Ditech.com,

        Defendant

Civil Action No. 8:05-cv-18-T-30TBM

## CONSENT ORDER CONTINUING STAY OF LITIGATION

This matter is before the Court on joint motion of Plaintiffs and Defendant to continue the stay of this litigation to facilitate ongoing settlement discussions between the parties. For good cause shown and with the consent of all parties, it is hereby ORDERED as follows:

1. This Court's order of April 8, 2005 staying this matter is continued for 60 days from the date this Order is filed.

2. The proceedings between the parties in this matter are hereby stayed for an additional sixty (60) days from the date of filing of this Consent Order.

3. No party, after the 60-day continuance, shall in any way use, present or argue the terms of this Consent Order in claiming an entitlement to or a limitation of discovery herein.

4. This stay shall conclude 60 days from the date of filing of this Order. At the conclusion of the 60-day stay, the parties shall (i) if agreed among the parties and on approval of the Court, either continue the stay or otherwise enter a Joint Motion and Consent Order regarding scheduling, or (ii) if the parties cannot so agree, proceed with the litigation as previously scheduled by the Court. To the extent necessary, the Court shall establish reasonable scheduling dates for all outstanding activities at the conclusion of the stay created by this Consent Order.

Dated: _10 June 2005_

                                                United States District Court Judge

Copies Furnished To: See attached Schedule

## SCHEDULE

Brett J. Horowitz, Esq.
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd., Ste. 1200
W Palm Beach, FL 33401

Mark S. Melodia, Esq.
Reed Smith, LLP
136 Main Street, Ste 250
Princeton, NJ 08543-7839

Mary T. Szeluga, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703

H:\7542\17098\P2ndJointMotionStayBJH/sjj