**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH BLAIN,**

    **Plaintiff,**

v.                                                          **Case No.  8:05-cv-18-T-30TBM**

**GMAC MORTGAGE CORPORATION**
**d/b/a ditech.com,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

        The Court has been advised via the Joint Motion for Entry of Consent Order Dismissing Matter With Prejudice (Dkt. #23) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

        **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

        **DONE** and **ORDERED** in Tampa, Florida on September 26, 2005.

                                                              JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-18.dismissal.wpd